```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                CENTRAL DIVISION at LEXINGTON
```

LOUIS L. MARTIN,                )
                                )
    Petitioner,                 )   Civil Action No. 06-379-JMH
                                )
v.                              )
                                )
THOMAS L. SIMPSON, Warden.      )         **ORDER**
                                )
    Respondent.                 )
                                )

                    **      **      **      **      **

This matter is before the Court on the Report and Recommendation of Magistrate Judge James B. Todd [Record No. 8]. Said action was referred to the magistrate for the purpose of reviewing the merit of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 [Record No. 1], Respondent's motion to dismiss [Record No. 6], and Petitioner's response thereto [Record No. 7]. No objections to the Report and Recommendation have been filed, and this matter is now ripe for a decision.

Petitioner is currently serving a thirty-five year sentence for Wanton Murder and Theft by Unlawful Taking Over $350 at the Kentucky State Penitentiary in Eddyville, Kentucky. He has filed a *pro se* petition for habeas corpus with this Court attacking his conviction. This Court agrees with the magistrate judge that Petitioner's petition should be denied with prejudice because the statute of limitations for filing expired over five years prior to the time the petition was actually filed. Further, Petitioner has

failed to demonstrate that he (1) diligently pursued his rights and (2) that some extraordinary circumstance stood in the way of an earlier filing, so as to necessitate an equitable tolling of the statute of limitations by this Court.  This Court adopts the reasoning set forth in the Report and Recommendation as its own.

Accordingly, **IT IS ORDERED:**

(1) That the Report and Recommendation of the magistrate [Record No. 8] be, and the same hereby is, **ACCEPTED;**

(2) That Respondent's motion to dismiss with prejudice [Record No. 6] be, and the same hereby is, **GRANTED;**

(3)  That Respondent's motion, in the alternative, for an extension of time to file an answer [Record No. 6] be, and the same hereby is, **DENIED AS MOOT;**

(4) That Petitioner's petition for a writ of habeas corpus [Record No. 1] be, and the same hereby is, **DENIED;**

(5) That this action be and the same hereby is **DISMISSED WITH PREJUDICE.**

This is the 24th day of September, 2007.



**Signed By:**

*Joseph M. Hood*

**United States District Judge**